UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DIAMOND WILSON, KARLTON  :
BROCKMAN, NATHAN COOPER, :
And LORENZO HICKS           :
    Plaintiffs,            :
                          :
v.                           :      C.A. No. 1:25-cv-00058-MRD-LDA
                          :
RHODE ISLAND DEPARTMENT :
OF CORRECTIONS; WAYNE T.  :
SALISBURY, JR., Director, Rhode :
Island Department of Corrections;:
LYNNE CORRY, Warden, The  :
High Security Facility; JASON  :
MASIELLO, Deputy Warden, The :
High Security Facility; and     :
BARRY WEINER, Assistant    :
Director for Rehabilitation    :
Services.                  :
    Defendants           :

## DECLARATION OF JOSEPH PELLETIER

I, Joseph Pelletier, now come pursuant to 28 U.S.C. § 1746, and hereby state:

1. I am over the age of eighteen (18) and competent to attest to the matters stated herein.

2. I have been an employee of the Rhode Island Department of Corrections since June of 2002.

3. I currently hold the position of Correctional Officer and the post of Committing Room Officer of the High Security Center (the "HSC") at the RIDOC and have held this position since January 2024.

4. As part of my duties and responsibilities as the Committing Room Officer, I am familiar with the inventory of property of inmates transferred to or housed in the HSC.

5. As part of my duties and responsibilities as the Committing Room Officer, I also receive delivery of packages and commissary orders for inmates housed at HSC.

6. Nathan Cooper had three (3) prayer rugs when he came to HSC. Nathan Cooper was permitted to retain one prayer rug for his cell and the other two prayer rugs are kept in the HSC Committing Room. Attached as Exhibit A is a copy of Nathan Cooper's Inmate Property Record form dated October 18, 2023 documenting that he possessed three prayer rugs.

7. Lorenzo Hicks possesses a prayer rug at HSC. Attached as Exhibit B is a copy of Lorenzo Hick's Inmate Property Record form dated January 14, 2025 documenting that he possesses a prayer rug.

8. Diamond Wilson possesses a prayer rug at HSC. Attached as Exhibit C is a copy of Diamond Wilson's Inmate Property Record form dated January 27, 2025 documenting that he possesses a prayer rug.

9. Property records for former inmate Karlton Brockman demonstrate that he possessed a prayer rug as part of his property when he came to High Security Center in 2022. See Exhibit D. The records also reflect that when Karlton Brockman was transferred from Rhode Island to another jurisdiction in 2025, he had a prayer rug as part of his property.

10. Based on my personal knowledge and experience at HSC, Muslim inmates may possess and retain in their cell a prayer rug.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of March 2025.

_____

Joseph Pelletier
Correctional Officer
High Security Center
R.I. Department of Corrections

3